Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THORVALD PETERS, Appellant, v. INGRID PETERSEN, Respondent.— Motion for reargument denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JOHN PIETRACATELLA, an Infant, by JAMES PIETRACATELLA, His Guardian ad Litem, Appellant, v. STATEN ISLAND LUMBER COMPANY, INC., Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JAMES PIETRACATELLA, Appellant, v. STATEN ISLAND LUMBER COMPANY, INC., Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

CHARLES A. SCHALLER, Respondent, v. PITTS MOTORS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to make application to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ABRAM B. SMART, Respondent, v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JAMES A. STILLMAN, Appellant, v. ANNE U. STILLMAN and Another, Respondents.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

UNITED PORTABLE BUILDING MANUFACTURERS CORPORATION, Respondent, v. C. SEIBERT LOSH, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ANNIE T. WILSON, Respondent, v. THE DIRECTOR-GENERAL OF RAILROADS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

W. L. SUTPHIN REALTY COMPANY, Appellant, v. DAVID E. BREINIG, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, OF ZURICH, SWITZERLAND, Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ELLA BROWNRIGG, Respondent, v. LINDLEY M. GARRISON, as Receiver, etc., Defendant, Impleaded with FAULTLESS SERVICE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

H. SYMINGTON Cox and Others, Doing Business as Cox, ASPDEN & FLETCHER, Respondents, v. EAGLE PIPE SUPPLY COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.